# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **vs.**                                 **No. 1:15-CR-4082 MCA**

**DAVON LYMON,**

    **Defendant.**

**BY THE DIRECTION OF *THE HONORABLE M. CHRISTINA ARMIJO*:**

## MINUTE ORDER SCHEDULING BENCH TRIAL

    **PLEASE TAKE NOTICE** that this matter is hereby set for a Bench Trial at the time and date indicated below at the United States Courthouse 333 Lomas Boulevard, NW, *"Chama"* Courtroom, Fourth Floor, Albuquerque, New Mexico.

| Event | Date/Deadline |
|---|---|
| **BENCH TRIAL** | Monday, October 24, 2016 at 9:00am |
| **TRIAL BRIEF (simultaneous)** | October 11, 2016 no later than 12:00 noon |

Inquiries should be directed to Chief Judge Armijo's Courtroom Deputy Ms. Bevel at **(505) 348-2314.**