IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 15-4082 MCA |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVON LYMON, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' AMENDED WITNESS LIST

The United States of America submits this list of witnesses it may call for the trial in this matter.  The United States does not waive the right to supplement this list.

1. Ernesto Trujillo

2. Ira Herman, Walgreens Manager

3. Gregory Ross

4. Paul Johnson

5. Albuquerque Police Department (APD) Officer Doug Moore

6. APD Officer Katherine Wright

7. APD Sergeant Daniel Jordan

8. APD Detective Jeff Abernathy

9. APD Officer John Skinner

10. APD Officer Ramon Ornelas

11. APD Canine Officer Mike Hernandez

12. New Mexico State Police (NMSP) Officer Jonathan Tenorio

13. NMSP Agent Jeremy Vaughn

14. APD Detective Carl H. Ross

15. APD Forensic Scientist/Certified Latent Print Examiner Lydia Lujan

16. APD Forensic Scientist Jay M. Stuart

17. APD Forensic Scientist J. Andrew Dowling

18. APD Detective David Gonzales

19. APD Detective Todd Babcock

20. Edward Dominguez

21. Terrell Milford

22. Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent Erik Rutland

23. APD Officer Thomas Ivie

24. Savannah Garcia

25. ATF Task Force Officer/Albuquerque Police Department (APD) Detective Timothy Hotle

        Respectfully submitted,

        DAMON P. MARTINEZ
        United States Attorney
        *Filed Electronically*
        JACOB A. WISHARD and
        KIMBERLY A. BRAWLEY
        Assistant United States Attorneys
        P. O. Box 607
        Albuquerque, NM 87103
        (505) 346-7274

I HEREBY CERTIFY that a true copy of this pleading was sent to counsel for Defendant this 20th day of October, 2016.

   *Filed Electronically*
JACOB A. WISHARD and
KIMBERLY A. BRAWLEY
Assistant United States Attorneys