# UNITED STATES DISTRICT COURT
District of New Mexico

<u>UNITED STATES</u> v. <u>DAVON LYMON</u>                              Case No.    <u>15-CR-4082 MCA</u>

**AMENDED EXHIBIT LIST**

| Presiding Judge:<br>M. Christina Armijo | Plaintiff's Counsel:<br>Jacob A. Wishard<br>Kimberly A. Brawley | | Defendant's Counsel:<br>Marc Robert<br>Kari Converse | |
|---|---|---|---|---|
| Trial Dates:<br>August 3, 2016 | Court Reporter: | | Courtroom Deputy/Law Clerk: | |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 1 | | | | | | Taurus, model Millenium G2 PT140, .40 caliber pistol, serial number SHN04335 |
| 2 | | | | | | Five cartridges collected from the magazine and chamber of the Taurus pistol |
| 3 | | | | | | Six .40 S&W caliber cartridge casings collected from the scene |
| 4 | | | | | | Projectiles from test fires |
| 5 | | | | | | Bullets and bullet fragment collected during autopsy |
| 6 | | | | | | Bullet collected from ceiling at Starbucks |
| 7 | | | | | | Motorcycle helmet collected from pavement in the northeast corner of the Walgreens parking lot |
| 8 | | | | | | Face shield collected from the motorcycle helmet |
| 9 | | | | | | Handcuffs collected from Defendant |
| ~~10~~ | | | | | | ~~Black wallet with contents in the name of Defendant~~ |
| ~~11~~ | | | | | | ~~Axon Flex controller collected from the parking lot southwest of the motorcycle~~ |
| 12 | | | | | | Officer Daniel Webster's Taser Axon Flex Video |
| 13 | | | | | | Walgreens Video |
| 14 | | | | | | Albuquerque Police Department Air |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| | | | | | | Support Video |
| ~~15~~ | | | | | | ~~3D scan of the scene~~ |
| 16 | | | | | | Taurus gun box and owner's manual |
| ~~17~~ | | | | | | ~~Blind DNA swabs from Taurus pistol~~ |
| ~~18~~ | | | | | | ~~Blind DNA swabs from motorcycle and helmet~~ |
| ~~19~~ | | | | | | ~~Two buccal swabs collected from Defendant at the police station~~ |
| ~~20~~ | | | | | | ~~Body evidence collected from Officer Daniel Webster~~ |
| ~~21~~ | | | | | | ~~DNA extracts~~ |
| 22 | | | | | | Photograph of front view of police car and motorcycle |
| 23 | | | | | | Photograph of side view of police car and motorcycle |
| 24 | | | | | | Photograph of back view of police car and motorcycle |
| 25 | | | | | | Photograph of top of helmet in parking lot |
| 26 | | | | | | Photograph of front of helmet in parking lot |
| 27 | | | | | | Photograph of cones and evidence markers for cartridges in parking lot |
| 28 | | | | | | Photograph of evidence markers for cartridges in parking lot |
| 29 | | | | | | Photograph of Taurus firearm on dirt ground |
| 30 | | | | | | Photograph of Taurus firearm on dirt ground with evidence marker |
| 31 | | | | | | Photograph showing ammunition in Taurus firearm |
| 32 | | | | | | Photograph showing ammunition in Taurus firearm |
| 33 | | | | | | Photograph of Defendant's wallet and other items at arrest scene |
| 34 | | | | | | Photograph of Defendant after arrest |
| 35 | | | | | | Photograph of left wrist handcuff |
| 36 | | | | | | Photograph of right wrist handcuff |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 37 | | | | | | Photograph of handcuffs |
| 38 | | | | | | Google Earth photograph depicting Walgreens on bottom, center of page |
| 39 | | | | | | Google Earth photograph depicting 120 Espejo St NE on left side of page |
| 40 | | | | | | Google Earth photograph depicting overall area |
| 41 | | | | | | Google Earth map |
| 42 | | | | | | Video of Defendant's 10/24/16 Statement made in an interview room |
| ~~43~~ | | | | | | ~~Jail Call placed by Defendant~~ |
| 44 | | | | | | Stipulation regarding Defendant's status as a convicted felon |
| 45 | | | | | | Stipulation regarding interstate nexus examination |
| 46 | | | | | | Stipulation regarding functionality of firearm |
| ~~47~~ | | | | | | ~~Defendant's State of New Mexico "Penitentiary Packet"~~ |
| ~~48~~ | | | | | | ~~Certification by Deputy Bureau Chief, Offender Management Services~~ |
| ~~49~~ | | | | | | ~~Attestation regarding Deputy Bureau Chief of Records~~ |
| 50 | | | | | | Stipulation regarding DNA examination |

Exhibit List                                                                 Page ____ of ____