UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

# Clerk's Minutes
## Before the Honorable M. Christina Armijo

**CASE NO.** CR15-4082MCA     **DATE:** 11/7/16

**TITLE:** *United States v. Davon Lymon*

**COURTROOM CLERK:** C. Bevel     **COURT REPORTER:** J. Goehl

**COURT IN SESSION:** 9:10am-9:40am     **TOTAL TIME:** 30 minutes

**TYPE OF PROCEEDING:** HEARING ON 120 MOTION Unseal Audio Video Exhibits

**COURT'S RULINGS/DISPOSITION:** Memorandum Opinion and Order granting unsealing of exhibits in part, effective Monday, November 14, 2016 at 12:00pm noon.

| **ATTORNEYS PRESENT FOR PLAINTIFF(S):** | **ATTORNEYS PRESENT FOR DEFENDANT(S):** |
|---|---|
| Damon Martinez, Jack Wishard<br>Jack Burkhead | Marc Robert, Kari Converse |

*Alexandra Smith, Martin Esquivel,*
*Charles Peifer* –Limited Intervenors

**PROCEEDINGS:**

| | |
|---|---|
| 9:10am | Court in session, counsel enter appearances, defendant present in custody. |
| 9:12am | Court addresses counsel regarding letters received from U.S. Attorney and Ms. Smith |
| 9:12am | Mr. Martinez addresses Court, government's position is that the exhibits be unsealed. |
| 9:13am | Court addresses all counsel. Order vacating October 27 Order sealing audio video exhibits, in part, as noted on the record, effective Monday, November 14, 2016 by noon. Copies of the order will be provided to the parties. |
| 9:37am | Mr. Peifer addresses court. |
| 9:37am | Ms. Smith responds. |
| 9:38am | Mr. Robert addresses court. |
| 9:38am | Court addresses Mr. Peifer. |
| 9:40am | Court in recess. |